UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EDUARDO MARINELIS CEDENO-ROJAS, | § § § | |
| Petitioner, | § § § | CIVIL NO. 6:26-CV-00197-ADA-DTG |
| v. | § § § | |
| MARKWAYNE MULLIN, et al., | § § § | |
| Respondents. | § § § | |

## ORDER

On July 20, 2026, the Petitioner informed the Court that he had been released on bond by an order of an Immigration Judge. Dkt. No. 9. Petitioner has obtained the relief sought through his petition for writ of habeas corpus because he is no longer in custody. The petition for writ of habeas corpus is therefore moot.

**IT IS THEREFORE ORDERED** that Petitioner's Petition (Dkt. No. 1) is **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED** that Petitioner's Motion for a Temporary Restraining Order (Dkt. No. 2) and Petitioner's Motion to Expedite (Dkt. No. 7) are **DENIED AS MOOT**.

**SIGNED** on July 21, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE